FEBRUARY 28, 1984

No. A–686.  TAYLOR v. MAGGIO, WARDEN, ET AL.  Application for certificate of probable cause and stay of execution of sentence of death, presented to JUSTICE WHITE, and by him referred to the Court, denied.  JUSTICE BRENNAN and JUSTICE STEVENS would grant the application.  JUSTICE MARSHALL took no part in the consideration or decision of this application.

MARCH 5, 1984*

No. 83–1041.  TAYLOR ET AL. v. NORTH CAROLINA.  Appeal from Ct. App. N. C. dismissed for want of substantial federal question.

No. 83–1055.  HAHN v. BRYANT-POFF, INC.  Appeal from Ct. App. Ind. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 81–2340.  FAIRMAN, WARDEN v. WHITE.  C. A. 7th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.  Judgment vacated and case remanded for further consideration in light of *Solem* v. *Stumes, ante,* p. 638.

No. 83–5825.  DALY v. UNITED STATES.  C. A. 9th Cir.  Certiorari dismissed.  *Molinaro* v. *New Jersey,* 396 U. S. 365 (1970).